# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 16-4841 |
| ) | |
| DOUGLAS CERRITOS ) | |

### UNOPPOSED MOTION FOR 30 DAY EXTENSION
### OF TIME TO FILE APPELLANT'S OPENING BRIEF AND JOINT APPENDIX

COMES NOW the Appellant, through undersigned counsel, pursuant to Federal Rule of Appellate Procedure 26(b), to respectfully request this Honorable Court extend the deadline for filing the brief in this matter to July 27, 2017. As grounds for this motion Appellant states as follows:

1. After a jury trial in the United States District Court for the Eastern District of Virginia Mr. Cerritos was sentenced to a term of life on December 16, 2016.

2. On May 23, 2017, undersigned counsel received the remaining trial transcripts. That same day this Court issued a Briefing Order requiring Appellant to file his opening Brief and Appendix by June 27, 2017.

3. Due to other professional obligations, undersigned counsel needs additional time to thoroughly review the transcripts and research the issues related to this appeal to draft and file his opening Brief.

4. Counsel for the United States does not oppose this Motion.

WHEREFORE, Appellant respectfully requests this Honorable Court grant this Unopposed Motion to Extend to File Appellant's Opening Brief and Joint Appendix to July 27, 2017.

Respectfully submitted,

 /s/Charles J. Soschin
Charles J. Soschin, Bar No. 79084
400 7th Street, NW
Suite 206
Washington, D.C. 20004
Phone: 703.981.3629
Fax:    202.628.0249
cjs@cjsoschin

*Counsel for Douglas Cerritos*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Unopposed Motion For 30 Day Extension to File Appellant's Opening Brief and Joint Appendix was served by ECF to all parties this 22nd Day of June, 2017.

        /s/Charles J. Soschin
        Charles J. Soschin