FILED: July 18, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4841
(1:16-cr-00104-LMB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DOUGLAS DURAN CERRITOS, a/k/a Lil Poison, a/k/a Guason

      Defendant - Appellant

_____

O R D E R
_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 942 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk